**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7174**

ALEXANDER HEWATT SHEPARD,

             Plaintiff - Appellant,

        v.

MIKE SLAGLE, Asst. Superintendent of Programs; DR. ROBERT
UHREN, Inmate Medical Provider; ELLEN WILEY, Medical
Services Supervisor,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Frank D. Whitney,
Chief District Judge.  (1:14-cv-00030-FDW)

Submitted:  December 18, 2014      Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Hewatt Shepard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Hewatt Shepard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shepard v. Slagle, No. 1:14-cv-00030-FDW (W.D.N.C. July 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED